## Commonwealth *v.* Bennett, Appellant.

Submitted December 7, 1970. *Louis E. Bennett,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.